1

2

3                                                                      O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   MARGARITA VALLE,              )  Case No. EDCV 14-02000 DDP (Ex)
     individually and on behalf    )
12   of all others similarly       )  **ORDER TO SHOW CAUSE WHY ACTION**
     situated,                     )  **SHOULD NOT BE DISMISSED FOR LACK**
13                                  )  **OF SUBJECT MATTER JURISDICTION**
                    Plaintiff,      )
14                                  )
         v.                        )
15                                  )
     LIBERTY MUTUAL GROUP, INC.;    )
16   SAFECO INSURANCE COMPANY OF    )
     AMERICA,                      )
17                                  )
                    Defendants.     )
18   _____ )

19       Plaintiff brings an action in federal court alleging unfair

20   competition and fraud under state law.  Plaintiff's own damages,

21   even assuming her allegations are true and her legal theory has

22   merit, are likely to be somewhat minimal, because the total amount

23   in question is not more than a few thousand dollars.  (First

24   Amended Complaint ("FAC") at 6-7.)  On the face of the FAC,

25   therefore, it seems unlikely that Plaintiff's case meets the amount

26   in controversy requirement necessary for diversity jurisdiction.

27   See 28 U.S.C. § 1332(a).

28   ///

1    Plaintiff asserts jurisdiction under 28 U.S.C. § 1332(d)(2),

2 which applies to class actions.  Under the class action statute,

3 the aggregate amount in controversy requirement is $5,000,000.  <u>Id.</u>

4 Plaintiff asserts that there is a class of plaintiffs "tens of

5 thousands" of insured parties "from whom Defendants requested

6 reimbursement for Medical Payments without paying Defendants['] pro

7 rata share of litigations costs and/or fees."  (FAC ¶¶ 41, 43.)

8 Plaintiff provides little indication, however, of how she arrived

9 at the conclusion that such a class exists, that it numbers in the

10 tens of thousands, or that the aggregate amount in controversy is

11 likely to exceed the $5,000,000 requirement.  Although a complaint

12 need not do more than allege facts sufficient to state a

13 "plausible" complaint, "bare assertions" of the elements of cause

14 of action will not do.  <u>Bell Atl. Corp. v. Twombly</u>, 550 U.S. 544,

15 556-57 (2007).

16    The Court therefore ORDERS Plaintiff to SHOW CAUSE why this

17 action should not be dismissed for lack of subject matter

18 jurisdiction within twenty days from the date of this order.

19

20 IT IS SO ORDERED.

21

22

23 Dated: December 30, 2014

                                    DEAN D. PREGERSON
24                                  United States District Judge

25

26

27

28

2